83.460-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

CARLOS MIRELES
T.D.C.J.# 1784387
810 FM 2821
HUNTSVILLE,TX 77349

ABEL ACOSTA (CLERK)                    SEPTEMBER 24, 2015
OF THE CRIMINAL COURT OF APPEALS    CERTIFIED MAIL NO.# POS
P.O. BOX 12308                      7014 1200 0002 1092 9778
CAPITOL STATION
AUSTIN,TX 78711

RE:     REQUESTING COMMUNICATIONS WITH THE CLERK RULE 9.6.
  DISMISSAL OF APPICATION WRIT No. WR-83-460-01   EX PARTE MIRELES

DEAR CLERK ACOSTA,

     ON SEPTEMBER 09, 2015 THE CRIMINAL COURT OF APPEALS DISMISSED
MY SUBMITTED (PRIMA FACIE) **APPLICATION** FOR WRIT OF HABEAS CORPUS
IN THE ABOVE STYLED CAUSE, FOR NON-COMPLIANCE WITH T.R.A.P. 73.1
SPECIFICALLY, THAT THE SUPPORTING MEMORANDUM EXCEEDED (50) PAGES
AND THE TRIAL COURT HAD NOT GRANTED LEAVE TO EXCEED THE PRESCRIBED
LIMIT.

(1). THE DISTRICT CLERK OF BEXAR COUNTY (DISTRICT COURT'S CLERK)
     AS OBVIOUS, NEVER NOTIFIED MYSELF OF THE NON CONFORMING ERROR
     AND DISMISSED THE APPLICATION AND RETURN IT TO ME IN A EFFORT
     SO THAT I MAY CORRECT THE DEFECT ITSELF. THIS LEFT THE TRIAL
     COURT OPEN TO ACCEPT THE APPLICATION AND THE (50) PAGE EXCEED
     EDNMEMORANDUM, AS IF I HAD MOTIONED SUCCESSFULLY FOR LEAVE TO
     EXCEED THE PRESCRIBED LIMIT.

(2). T.R.A.P. 9.4 (B). DISCUSSES THE 15,000 WORDS IF COMPUTER FORM
     GENERATED AND (50) PAGES IF NOT,FOR THE BRIEF (MEMORANDUM)
     ALSO REQUIRING THAT NON COMFORMING DOCUMENTS BE IDENTIFIED BY
     THE COURT AND "STATE A DEADLINE" FOR THE PARTY TO RESUBMIT
     THE DOCUMENT IN A CONFORMING FORMAT. SEE. SUBSECTION (K).

(3). T.R.A.P. 73.3 DICTATES NONCOMPLIANCE IN A HABEAS SETTING. THE
     CLERK OF THE COURT OF CRIMINAL APPEALS MAY, WITHOUT FILING AN
     APPLICATION THAT DOES NOT COMPLY WITH THIS RULE, RETURN IT TO
     THE CLERK OF THE CONVICTING COURT, WITH A NOTATION OF THE DE-
     FECT, AND THE CLERK OF THE CONVICTING COURT WILL RETURN THE
     APPLICATION TO THE PERSON WHOM FILED IT.

CLERK ACOSTA, MY ISSUE CONCERNS THE LEVELS AT WHICH THE APPLICATION
AND MEMORANDUM WERE PERMITTED TO TRAVEL FROM POINT (A) TO POINT (Z)
WITHOUT A "PECKING ORDER" WHICH WOULD HAVE ALLOWED MYSELF TO CORR-
ECT THE NON CONFORMING DOCUMENT. SPECIFICALLY WHEN THE MEMORANDUM
IN SUPPORT OF THE APPLICATION CAUSED THE PETITION TO BE "DISMISSED"

(1).

FOR NON-COMPLIANCE. FROM POINT (A) TO POINT (Z), I WAS NOT NOTIFIED AS THE RULES STATE AND DICTATE I SHOULD, AND BE GIVEN A OPPORTUNITY TO CORRECT THE DEFECT, PURSUANT TO THE RULES OR GIVEN A DEADLINE TO CORRECT THE DEFECT.

CLERK ACOSTA, AT YOUR EARLIEST CONVIENIENT TIME WOULD YOU PLEASE BE SO KIND AS TO INFORM ME OF THE LOCATION OF THE APPLICATION AND MEMORANDUM, SO THAT I MAY MAKE ARRANGMENTS TO HAVE THE MUCH NEEDED DOCUMENTS SENT TO ME.
I WOULD LIKE TO THANK YOU FOR YOUR TIME, PATIENCE, AND PROFESSIONALISM IN THIS MATTER.

BEST REGARDS,
CARLOS MIRELES

*Carlos Mireles*

(2).